**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-70292-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Stephen L Sady
114 Cemetery Street
Lilly PA 15938

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/25/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: Citibank, N.A., as trustee for CMLTI Asset Trust, c/o Fay Servicing, LLC, 3000 Kellway Dr., Suite 150, Carrollton, TX 75006 | Carrington Mortgage Services, LLC P.O. Box 3730, Anaheim, CA 92806 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/27/18

Michael R. Rhodes
**CLERK OF THE COURT**

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                         Case No. 18-70292-JAD
Stephen L Sady                                                 Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: dkam              Page 1 of 1               Date Rcvd: Jul 25, 2018
                              Form ID: trc            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2018.
14859444       +Citibank, N.A., as trustee for CMLTI Asset Trust,    c/o Fay Servicing, LLC,
                 3000 Kellway Dr., Suite 150,    Carrollton, TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR
               UPLAND MORTGAGE LOAN TRUST B bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST
               bkgroup@kmllawgroup.com
              Jerome B. Blank    on behalf of Creditor    CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST
               pawb@fedphe.com
              Jodi L. Hause    on behalf of Creditor    CITIBANK, N.A., AS TRUSTEE FOR CMLTI ASSET TRUST
               jodi.hause@phelanhallinan.com,   pawb@fedphe.com
              Kenneth P. Seitz    on behalf of Debtor Stephen L Sady thedebterasers@aol.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7