# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: STEPHEN L SADY
- Case Number: 18-70292-JAD    Chapter: 13
- Date / Time / Room: THURSDAY, OCTOBER 18, 2018  10:30 AM  3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

FILED
10/24/18 2:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#2 - Final Confirmation of Plan Dated 4/17/2018 (NFC)
+Objections By: CitiBank, N.A.
R / M #: 2 / 0

PLEASE SUBMIT CONFIRMATION ORDER

**Appearances:**

- Debtor: Saitz
- Trustee: Winnecour / Pail / Katz / (DeSimone)
- Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: _____ at _____.
10. ✓ Other:

341 closed

10/11/2018  1:33:16PM