IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Stephen L. Sady | : | Case No. 18-70292-JAD |
|     Debtor(s) | : | |
| | : | Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee | : | |
|     Movant(s) | : | |
| | : | |
| vs. | : | |
| | : | |
| Wilmington Savings Fund Society, FSB, as Trustee for Upland Mortgage Loan Trust B | : | |
|     Respondent(s) | : | |

## CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S MOTION TO PRECLUDE NOTICE OF POST-PETITION MORTGAGE FEES, EXPENSES, AND CHARGES

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's Motion filed on March 19, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion appears thereon. Pursuant to the Hearing Notice, responses to the Trustee's Motion were to be filed and served no later than April 18, 2024.

4/19/2024

/s/ Ronda J. Winnecour
Ronda J. Winnecour
Chapter 13 Trustee PA I.D.#30399
U.S. Steel Tower- Suite 3250
600 Grant Street
Pittsburgh PA  15219
cmecf@chapter13trusteewdpa.com