**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Stephen L. Sady | : | Case No. 18-70292-JAD |
|     Debtor(s) | : | |
| | : | Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee | : | |
|     Movant(s) | : | |
| | : | |
| vs. | : | Related to Doc. #53 |
| | : | |
| Wilmington Savings Fund Society, FSB, as Trustee for Upland Mortgage Loan Trust B | : | |
|     Respondent(s) | : | |

**ORDER**

AND NOW, this __25th__ day of __April__, 2024, upon consideration of Trustee's Motion to Preclude Notice of Post-Petition Mortgage Fees, Expenses and Charges, it is hereby

ORDERED that all charges requested in the Notice of Post-Petition Mortgage Fees, Expenses and Charges filed on March 11, 2024 are DISALLOWED. It is further

ORDERED that the Respondent is to provide to the Court proof that the records have been adjusted to remove these charges no later than 30 days from the date of this Order. It is further

ORDERED that the Respondent is to provide to the Court an affidavit from an employee authorized to do so that the charges will not be reassessed to Debtor's account. It is further

ORDERED that no additional charges will be assessed for compliance with this Order.

BY THE COURT:

_____sjk_____
United States Bankruptcy Judge
Jeffery A. Deller

FILED
4/25/24 10:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70292-JAD |
| Stephen L Sady | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 25, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stephen L Sady, 114 Cemetery Street, Lilly, PA 15938-1201 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2024          Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, AS TRUSTEE FOR UPLAND MORTGAGE LOAN TRUST B dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor CITIBANK N.A., AS TRUSTEE FOR CMLTI ASSET TRUST dcarlon@kmllawgroup.com |
| Jerome B. Blank | on behalf of Creditor CITIBANK N.A., AS TRUSTEE FOR CMLTI ASSET TRUST jblank@pincuslaw.com, brausch@pincuslaw.com |
| Kenneth P. Seitz | on behalf of Debtor Stephen L Sady thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

| District/off: 0315-7 | User: auto | Page 2 of 2 |
| --- | --- | --- |
| Date Rcvd: Apr 25, 2024 | Form ID: pdf900 | Total Noticed: 1 |

cmecf@chapter13trusteewdpa.com

Thomas Song

on behalf of Creditor CITIBANK N.A., AS TRUSTEE FOR CMLTI ASSET TRUST pawb@fedphe.com

TOTAL: 7