**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Stephen L. Sady<br>　　　　　　　　　　Debtor(s)<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR UPLAND MORTGAGE LOAN TRUST B, its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　vs.<br><br>Stephen L. Sady<br>　　　　　　　　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 18-70292 JAD<br><br><br>Related to Docs. #58 and 59 |

**ORDER OF COURT**

And on this __14th__ day of _____June_____ 2024, it is hereby ORDERED that the Notice of Postpetition the Notice of Postpetition Mortgage Fees, Expenses, and Charges of WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE FOR UPLAND MORTGAGE LOAN TRUST B, which was filed with the Court on March 24, 2024, is hereby WITHDRAWN.

By the Court,

_____ sjk
Jeffery A. Deller
U.S. Bankruptcy Judge

FILED
6/14/24 3:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-70292-JAD |
| Stephen L Sady | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Jun 14, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2024:**

**Recip ID        Recipient Name and Address**
db              + Stephen L Sady, 114 Cemetery Street, Lilly, PA 15938-1201

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2024                       Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2024 at the address(es) listed below:

**Name                     Email Address**

Denise Carlon
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, AS TRUSTEE FOR UPLAND MORTGAGE LOAN TRUST B dcarlon@kmllawgroup.com

Denise Carlon
    on behalf of Creditor CITIBANK  N.A., AS TRUSTEE FOR CMLTI ASSET TRUST dcarlon@kmllawgroup.com

Jerome B. Blank
    on behalf of Creditor CITIBANK  N.A., AS TRUSTEE FOR CMLTI ASSET TRUST jblank@pincuslaw.com, brausch@pincuslaw.com

Kenneth P. Seitz
    on behalf of Debtor Stephen L Sady thedebterasers@aol.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 2 of 2 |
| Date Rcvd: Jun 14, 2024 | Form ID: pdf900 | Total Noticed: 1 |

cmecf@chapter13trusteewdpa.com

Thomas Song

on behalf of Creditor CITIBANK  N.A., AS TRUSTEE FOR CMLTI ASSET TRUST pawb@fedphe.com

TOTAL: 7